UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
KAUFMAN,

               Plaintiff(s),

      -against-

INDEPENDENT RECOVERY,

               Defendant(s).
-------------------------------------------------------X

**NOTICE OF COURT CONFERENCE**

11 civ 2464 (JGK)

To All Parties,

    You are directed to appear for a pretrial conference, to be held on **Tuesday, July 5, 2011**

in Courtroom 12B, at 4:30pm in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

Don Fletcher

**Courtroom Case Manager**

Dated: New York, New York
       May 25, 2011

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _5/25/2011_